# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

JUN 27 2025 2: 49 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | 2:25-CR-112 |
| v. | **JUDGE** Marbley |
| **JOSE CARMELO SANTIAGO,** | **INFORMATION** |
| **Defendant.** | 8 U.S.C. § 1325(a)(2) |
| | **MISDEMEANOR** |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
(Avoidance of Examination or Inspection by Alien)

Beginning on a date unknown to the United States, and continuing thereafter, up to and including June 1, 2025, in the Southern District of Ohio and elsewhere, the defendant, **JOSE CARMELO SANTIAGO**, an alien, did knowingly elude examination and inspection by immigration officers.

In violation of 8 U.S.C. § 1325(a)(2).

**KELLY A. NORRIS**
**Acting United States Attorney**

**TYLER J. AAGARD (NC 54735)**
**Assistant United States Attorney**